**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARSHA J. HASKINS-AGEE, also known as   )
MARSHA AGEE,   )
  )
      Plaintiff,   )
  )
      vs.   )
  )
DYNAMIC RECOVERY SOLUTIONS LLC,   )
  )
      Defendant.   )

## COMPLAINT

## INTRODUCTION

1.    Plaintiff Marsha Agee brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Dynamic Recovery Solutions LLC. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

2.    The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

## VENUE AND JURISDICTION

3.    This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

4.    Venue and personal jurisdiction in this District are proper because:

    a.    Defendant's collection communications were received by plaintiff within this District;

    b.    Defendant does or transacts business within this District.

## PARTIES

5.    Plaintiff Marsha Agee is an individual who resides in Chicago, Illinois.

6.    Defendant Dynamic Recovery Solutions LLC is a limited liability company

1

chartered under South Carolina law with principal offices at 135 Interstate Boulevard, Suite 6, Greenville, SC, 29615.  It does business in Illinois.  Its registered agent and office is National Registered Agents, 208 S. LaSalle St., Suite 814, Chicago, IL 60604.

7.      Dynamic Recovery Solutions LLC operates a collection agency.

8.      Dynamic Recovery Solutions LLC  is a "debt collector" as defined in the FDCPA.

## FACTS

9.      On August 12, 2013,  plaintiff filed a Chapter 7 petition,  13 B 32079 (N.D.Ill).

10.      Among the debts listed and discharged was an account with Windy City Emergency Physicians.  Exhibit A.

11.      Plaintiff received a discharge in November 2013, of which Windy City Emergency Physicians was duly notified.  Exhibit B.

12.      In about September 2015, defendant Dynamic Recovery Solutions LLC listed the Windy City Emergency Physicians debt on one or more of plaintiff's credit reports. Attached as Exhibit C is plaintiff's Experian credit report of November 21, 2015.

13.      Defendant listed the debt for the purpose of collecting it.  Reporting a debt to a credit bureau is "a powerful tool designed, in part, to wrench compliance with payment terms. . . ." *Rivera v. Bank One*, 145 F.R.D. 614, 623 (D.P.R. 1993).

14.      The debt had been incurred for personal, family or household purposes.

15.      Defendant sought to collect a debt that had been discharged and was not owed.

16.      The discharge was a matter of public record.  Furthermore, defendant could readily have ascertained its existence from a credit report or one of several services that reports bankruptcy filings to debt collectors.

17.      Plaintiff was harassed, aggravated, and deprived of her "fresh start."

2

## <u>VIOLATIONS COMPLAINED OF</u>

18.     Defendant violated 15 U.S.C. §1692e, 1692e(2), 1692e(8) and 1692e(10), by representing that plaintiff owed a debt she did not owe.

WHEREFORE, the Court should enter judgment in favor of plaintiff and  against defendant for:

      i.     Statutory damages;

      ii.    Actual damages;

      iii.   Attorney's fees, litigation expenses and costs of suit;

      iv.    Such other and further relief as the Court deems proper.


              <u>s/ Daniel A. Edelman</u>
              Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Sarah M. Barnes
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com

## NOTICE OF LIEN AND ASSIGNMENT

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.   All rights relating to attorney's fees have been assigned to counsel.


                                              s/ Daniel A. Edelman
                                              Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

4

## <u>DOCUMENT PRESERVATION DEMAND</u>

Plaintiff hereby demands that defendant take affirmative steps to preserve all recordings, data, documents, and all other tangible things that relate to plaintiff, the events described herein, any third party associated with any telephone call, campaign, account, sale or file associated with plaintiff, and any account or number or symbol relating to them. These materials are likely very relevant to the litigation of this claim. If defendant is aware of any third party that has possession, custody, or control of any such materials, plaintiff demands that defendant request that such third party also take steps to preserve the materials. This demand shall not narrow the scope of any independent document preservation duties of the defendant.

<u>s/ Daniel A. Edelman</u>
Daniel A. Edelman